**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THYRONE RYAN STEWART, | NO. EDCV 15-245-GHK (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| PEREZ, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 2/2/16

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE